UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA,

       - against -

LEONEL SEVERINO,

          Defendant.

-------------------------------X

**MEMORANDUM AND ORDER**

13 Crim. 755-2 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

This Memorandum and Order addresses defendant Leonel Severino's ("Severino" or "defendant") second motion for Compassionate Release, ECF No. 91. Severino's first motion for Compassionate Release was addressed and denied in a Memorandum and Order filed on March 21, 2024. See ECF Nos. 84, 86. This second motion reiterates three asserted reasons[1] which were included in his first motion for Compassionate Release and rejected in this Court's March 21, 2024 decision. Id. The reasons for those rulings remain valid now as then, and no argument has been advanced to the contrary.

The current motion raises two additional self-described "extraordinary and compelling reasons." First, Severino argues

---

[1] The original three reasons were: (i) Severino's likely deportation; (ii) the ill health of his elderly mother; and (iii) his positive disciplinary record while in custody.

that the conditions of his confinement warrant early release.  ECF No. 91 at 2-3.  While prison conditions during the Covid pandemic were, on occasion, one of the reasons for a grant of compassionate release, the claims of Severino here, including his assertion that the three-inch mattress provided does not relieve his back pain and that his disciplinary confinement interferes with his ability to be in contact with his family, do not rise above the expected challenges of prison life or meet the level of conditions required for compassionate release.  U.S. Sentencing Guidelines Manual § 1B1.13(b)(1)(D)(i).  Second, Severino relies on the ill health of his youngest son.  ECF No. 91 at 2.  The inability of a parent to care for a child or other close relative while incarcerated, while undoubtedly distressing, is a consideration that the defendant should have weighed prior to committing the crimes to which he pled.  Moreover, Severino has not established, as is required by U.S. Sentencing Guidelines Manual § 1B1.13(b)(3)(A), that his son's caregiver (in this case, the mother of his son) has died or become incapacitated.

Accordingly, Severino's motion for Compassionate Release, ECF No. 91, is denied.  The Clerk of the Court is respectfully instructed to terminate the motion pending at ECF No. 91 and mail a copy of this decision to Leonel Severino (Reg. No. 69290-054) at

-2-

FCI Allenwood Medium in White Deer, Pennsylvania.


**SO ORDERED.**


Dated:    December 11, 2025
          New York, New York

                                          NAOMI REICE BUCHWALD
                                      UNITED STATES DISTRICT JUDGE